IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERROL QUOCK,

    Plaintiff,                    No. CIV 2:10-cv-0199-GEB-JFM (PS)

    vs.

STAPLES, INC.,

    Defendant.               ORDER

_____/

        Good cause appearing, and after consideration of the Stipulation entered into between Plaintiff Errol Quock and Defendant Staples, Inc., IT IS HEREBY ORDERED that dispositive motions shall be noticed to be heard by March 17, 2011, rather than by February 25, 2011. All other dates in the July 22, 2010 scheduling order shall remain unchanged.

DATED: February 22, 2011.

                                          UNITED STATES MAGISTRATE JUDGE

/014;quoc0199.stip

1