IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERROL QUOCK,

     Plaintiff,                    No. CIV 2:10-cv-0199-GEB-JFM (PS)

    vs.

STAPLES, INC.,

     Defendant.             ORDER

_____/

        On January 25, 2011, defendant filed a motion for summary judgment pursuant to Federal Rule of Civil Procedure 56(a). Twice, the hearing on the motion has been continued due to plaintiff's failure to file an opposition. By order dated April 20, 2011, plaintiff was granted a final opportunity to file an opposition on or before May 20, 2011.

        On April 29, 2011, counsel for defendant filed a stipulation purportedly signed by plaintiff. In light of the continuances, the parties seek modification of the July 23, 2010 scheduling order. Upon review, the court declines to accept this stipulation.

        Accordingly, IT IS HEREBY ORDERED that:

        1. All previously scheduled dates in this matter, including but not limited to the trial date, are vacated;

/////

      2.  Plaintiff shall be granted an extension of time to file an opposition to defendant's motion for summary judgment.  Plaintiff shall file his opposition on or before June 15, 2011; and

      3.  Failure to file an opposition on that date will result in a recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

DATED: May 2, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

/014;quoc0199.vac